IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SAMUEL CLEMENT WENDT,                   )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )         1:24CV853
                                        )
BEN ANDERSON, et al.,                   )
                                        )
            Defendants.                 )

## ORDER

On August 5, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  Objections were filed within the time limits prescribed by section 636.[1]  (Doc. 24.) Defendant filed a response to Plaintiff's objection. (Docs. 25, 26.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's

---

[1] Although Defendants maintain that Plaintiff's objections are untimely (Doc. 25 at 4), because Plaintiff's objections were dated August 22, 2025 (Doc. 24), the date they were due to be filed, and presumably delivered that date to the prison officials for mailing, the court considers them timely.  See Houston v. Lack, 487 U.S. 266, 276 (1988) (under the "prisoner mailbox rule," inmate's notice of appeal deemed "filed" on the date it was delivered to prison officials for mailing, not the date it is received by the court); Fed. R. Civ. P. 6(d) (providing that 3 days are added where service on the party to act is made by mail); Fed. R. Civ. P. 72(b)(2) (providing that objections must be filed within 14 days after being served with a copy of the Recommendation).

report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that that Plaintiff's Motion for Preliminary Injunctive Relief (Doc. 6) is DENIED.

IT IS FURTHER ORDERED that to the extent the motion seeks injunctive or declaratory relief regarding Tabor Correctional Institution or Defendants Warden Jamie Bullard, Unit Manager Shawna Brown, or Unit Manager Clayton Brewer, those claims are DISMISSED AS MOOT.

IT IS FURTHER ORDERED that to the extent that the remainder of the motion includes requests for a preliminary injunction, a permanent injunction, declaratory relief, ex parte injunctive relief, and/or oral arguments, all such requests are DENIED.

/s/   Thomas D. Schroeder
United States District Judge

September 23, 2025